**No. 53649.**—Collin & Gissel *v.* United States, protests 122954–K and 123228–K (Galveston).

Opinion by Lawrence, J.   It was stipulated that the merchandise consists of parts of vertical field balances and that the balances of which these articles are parts are similar in all material respects to those the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121).   Since paragraph 372 provides that "parts, not specially provided for  \*  \*  \*  of any of the foregoing, shall be dutiable at the same rate of duty as the articles of which they are parts," it was held, upon the cited authorities, that the parts of vertical field balances in question are properly dutiable at 27½ percent under paragraph 372 as parts of machines, not specially provided for.   The protests were sustained to this extent.

**No. 53650.**—American Merchandise Co., Inc., et al. *v.* United States, protests 42941–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

**No. 53651.**—Comet Textile Co., Inc., et al. *v.* United States, protests 468305–G, etc. (New York).

Opinion by Rao, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53652.**—Carson, Pirie, Scott & Co. et al. *v.* United States, protests 979075–G/88362, etc. (Chicago).

Opinion by Rao, J.   The protests were dismissed.

**No. 53653.**—Simon Import Corp. *v.* United States, protests 127878–K, etc. (New York).

Opinion by Ford, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.